# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2702
_____

United States of America

*Plaintiff - Appellee*

v.

Cecil Aldridge

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: May 23, 2014
Filed: May 30, 2014
[Unpublished]

_____

Before WOLLMAN, BEAM, and BENTON, Circuit Judges.

_____

PER CURIAM.

Cecil Aldridge appeals his within-Guidelines-range sentence of 192 months, following his guilty plea to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Aldridge asserts the sentence is substantively unreasonable

because the district court[1] failed to adequately consider the sentencing factors set forth in 18 U.S.C. § 3553(a).  We have carefully reviewed the record, see United States v. Borromeo, 657 F.3d 754, 756 (8th Cir. 2011) (reviewing district court's sentencing decision for an abuse of discretion), and find the district court properly considered the relevant sentencing factors, see United States v. Blackmon, 662 F.3d 981, 988 (8th Cir. 2011) (finding the district court's § 3553(a) explanation was sufficient and no particular recitation was necessary), and did not impose an unreasonable sentence, see United States v. Petreikis, 551 F.3d 822, 824 (8th Cir. 2009) (applying presumption of substantive reasonableness to sentence within the Guidelines range).  Accordingly, we affirm.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.